IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:RDB-16-0612 |
| MELISSA STROHMAN | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PETITION OF BAY BANK, FSB FOR A HEARING TO ADJUDICATE ITS
INTEREST IN PROPERTY KNOWN AS 9600 WESTCOTT WAY AND/OR
THE PROCEEDS FROM THE SALE THEREOF**

Petitioner Bay Bank, FSB ("Bay Bank"), by their counsel Jerrold A. Thrope and Robert

A. Gaumont and Gordon Feinblatt LLC, files this petition for a hearing pursuant to 21 U.S.C.

§853(n) and Fed. R. Crim. P. 32.2 to adjudicate its interest in forfeited property known as 9600

Westcott Way and/or the proceeds from the sale thereof.

**The 9600 Westcott Way Property**

1.      The real property located at 9600 Westcott Way, Nottingham, Maryland, 21236

(the "9600 Westcott Way Property") is subject to a first lien deed of trust granted by Mark J.

Strohman and Melissa J. Strohman to secure payment of a promissory note payable to Hopkins

Federal Savings Bank ("Hopkins").  As such, the proceeds from any sale of the 9600 Westcott

Property must first be used to satisfy this promissory note.

2.      Specifically, on February 1, 2007, Mark J. Strohman and Melissa J. Strohman

(collectively, "Borrowers") entered into a loan transaction in which they borrowed from Hopkins

the principal sum of $450,000.00.  The loan was evidenced by a promissory note dated February 1, 2007 signed by the Borrowers ("Note").  *See* Note attached hereto as Exhibit A.  The Note is secured by a Deed of Trust, also dated February 1, 2007, through which the Borrowers granted a first lien security interest in the 9600 Westcott Way Property. *See* Deed of Trust attached hereto as Exhibit B.  The Deed of Trust was recorded in the land records of Baltimore County on March 6, 2007, in Liber 25303, Folio 171.

3.      Through an agreement effective on July 8, 2016, Hopkins was merged into Bay Bank. Bay Bank assumed all of Hopkins' assets, including, but not limited to, the Note, as later modified to reduce the interest rate, and the Deed of Trust.

4.      The current principal loan balance under the Note secured by a first lien on the 9600 Westcott Way Property is $363,420.16. Bay Bank has an absolute right to recovery of this current principal balance as a first lienholder of this mortgage.

5.      Further, as a result of the criminal investigation of Melissa J. Strohman, Bay Bank performed research which revealed that 35 of the monthly payments on the Note apparently were made, in whole or in part, with funds which are alleged to have been stolen from various Hopkins deposit accounts not titled in the name of one or both of the Borrowers. These alleged thefts to make the Borrower's mortgage loan payments occurred from May 13, 2010 until May 11, 2016.  The total amount of payments on the Note made with alleged stolen funds is believed to exceed $80,000.00.  If payments made with stolen funds must be returned to victims of Melissa Strohman as a refund of those mortgage payments, then the current loan balance under the Note secured by a first lien on the 9600 Westcott Way Property would exceed $443,420.16.

6.      As part of the Consent Order of Forfeiture, the government has agreed to seek forfeiture of the net proceeds of the sale of the 9600 Westcott Way Property.  The 9600 Westcott

- 2 -

Way Property has been offered to sale.  Upon information and belief, there is a contract to sell the 9600 Westcott Way Property for $425,000.00. Thus, the amount owed to Bay Bank based on principal balance and alleged payments with embezzled funds exceeds the anticipated sale price of the 9600 Westcott Way Property.

7.      As the holder of the Note and as the beneficiary under the first lien deed of trust on the 9600 Westcott Way Property, Bay Bank is entitled to the first proceeds from the sale, after certain costs, to satisfy the obligations of the Borrowers under the Note.  Criminal forfeiture "cannot change the nature of a [first lien holder's] rights as an innocent mortgagee." *See In re Metmor Financial, Inc.*, 819 F.2d 446, 449 (4th Cir. 1987).  An innocent owner or lienholder whose rights to property pre-exist any criminal activity by another person cannot have their property rights subordinated to the Government in a criminal forfeiture proceeding. *Id.* (citing 21 U.S.C. §881(a)(6)).

8.      Mr. Lapidus and his wife, Lois Lapidus, have also asserted a claim to the proceeds of any sale of the 9600 Westcott Way Property.  *See* Lapidus Petition, ECF No. 15 at ¶ 5.  The Lapidus Petition claims that any third party interest to the 9600 Westcott Way Property is "derived from the embezzlement of funds from their accounts" or "derived from the embezzlement of funds from third parties" which then resulted in embezzlement of accounts belonging to Alvin Lapidus and Lois Lapidus. *Id.*  The Lapidus Petition further states that Mr. Lapidus and Ms. Lapidus have brought a civil suit against Bay Bank seeking recovery of funds

- 3 -

purportedly stolen from their accounts. *See* Lapidus Petition, ECF No. 15 at n. 1 (citing *Lapidus v. Bay Bank, FSB*, Civil Action No. RDB 16-03260).[1]

9.      The Lapidus Petition states that "[t]o the extent that the Court grants the Petition and awards [Mr. and Ms. Lapidus] any sums forfeited by [Melissa] Strohman, the … damages against Bay Bank in the Pending Bay Bank Litigation will be reduced by the net amount of any such award." *Id.*

10.      The Lapidus Petition should be denied.  Hopkins, Bay Bank's predecessor-in-interest, became a first lienholder on the 9600 Westcott Way Property on February 1, 2007 when it lent to the Borrowers the sum of $450,000 secured by the 9600 Westcott Way Property and. As such, it is entitled to the proceeds of sale.

11.      The extent to which Mr. Lapidus and/ or Ms. Lapidus have claims against Bay Bank for Melissa Strohman's conduct which is alleged to have occurred starting in April 2010 are properly resolved in the civil lawsuit that Mr. Lapidus and Ms. Lapidus have filed against Bay Bank.

**The Rosedale Accounts**

12.      In addition, both Mr. and Mrs. Lapidus and Mary Louise Strohman have filed petitions related to $37,129.26 and $100,057.37 seized from accounts ending in x4817 and x9011 at Rosedale Federal Savings & Loan (the "Rosedale Accounts"). (ECF Nos. 15 & 16) The Rosedale Accounts are owned by Mary Louise Strohman and Mark J. Strohman.  Mary

---

[1] Mr. Lapidus and Ms. Lapidus refer to its civil lawsuit against Bay Bank as the "Pending Bay Bank Litigation." ECF No. 15 n. 1.

Louise Strohman is the mother of Mark J. Strohman who is the husband of the Defendant Melissa J. Strohman.

13.     Mary Louise Strohman and Mark J. Strohman opened the Rosedale accounts as joint owners with right of survivorship on July 8, 2016.

14.     Hopkins records show that on or about July 6, 2016 (two days prior to the merger), the amount of $141,500 was debited from a passbook certificate of deposit account ending in 9910 which was owned by Lois Lapidus and that these funds were deposited the same day into an account that Mary Louise Strohman maintained at Hopkins.

15.     On July 6, 2016, the same day as the $141,500 deposit, Hopkins issued a check made payable to Mary Louise Strohman in the amount of $143,650 which effectively left no balance in the Hopkins account belonging to Mary Louise Strohman.  This check was then deposited into Rosedale Federal Savings & Loan on July 8, 2016 when the Rosedale Accounts were opened by Mary Louise Strohman and Mark J. Strohman.

16.     Bay Bank is aware that Mr. and Ms. Lapidus have identified themselves as two of the six victims in this criminal case.  Further, they have filed a civil suit against Bay Bank and have proffered to this Court that any sum they receive in response to their petition will reduce their claimed damages against Bay Bank in the civil suit. (ECF No. 15 at n. 1)

17.     Mary Louise Strohman, however, has not identified herself as a victim in this criminal case even though the agreed statement of charges specifies six victims.[2]

---

[2] The six victims identified in the State of Facts to which Ms. Strohman agreed and stipulated to as part of her plea are described as Persons One, Two, Three, Four, Five and Six. Person One has initials A.L. and Person Two has initials L.L. and they are believed to be petitioners Alvin M. Lapidus and Lois F. Lapidus. Person Three is age 93 with initials A.S. and

(continued…)

5326775.8 39211/132638 03/23/2017

18.     Further, Mary Louise Strohman is now making allegations of theft back to 2007 that are not even part of the criminal charges to which Defendant has plead guilty. The agreed statement of facts by the Government and Melissa Strohman state that "[s]tarting in or about April 2010 and continuing to in or about July 2016, **STROHMAN** knowingly and willfully devised and intended to devise a scheme and artifice to defraud Person One through Person Six and to obtain money and property from Person One through Person Six by means of materially false and fraudulent pretenses, representation, and promises." (ECF No. 11 at p. 12)

19.     There is no indication in any of the statement of facts that either the Government or Melissa Strohman allege that relates to Mary Louise Strohman or that relates to actions that go back prior to April 2010.  Mary Louise Strohman has filed a petition now alleging fraud back from 2007; however, those allegations have not been part of this criminal case and have not been agreed to by the Government or by Melissa Strohman.

20.     Further, the Rosedale Accounts that were seized by the government are accounts co-owned by Mary Louise Strohman and Mark J. Strohman, the husband of the Defendant.  Mr. Strohman is also co-owner of the 9600 Westcott Way Property which is being sold as part of criminal forfeiture.

21.     Bay Bank has an interest in ensuring that all funds distributed in criminal forfeiture are paid to individuals identified as victims of the crimes to which Defendant has plead

---

Person Six is age 62 with initials S.J. Both Person Four and Person Five are described as deceased. Mary Louis Strohman, however, has none of these initials and is described in her petition as 85 years old. (ECF No. 16 at ¶ 5)

**WHEREFORE**, Bay Bank request the Court to hold a hearing to adjudicate the validity of its interest in the proceeds from the sale of the 9600 Westcott Way Property to the full extent of the obligations of Mark J. Strohman and Melissa J. Strohman to Bay Bank on the Note they executed on February 1, 2007, which is secured by a first lien on the 9600 Westcott Way Property, and for such other and further relief as the cause may require.

Date:  March 23, 2017

_____/s/_____

Jerrold A. Thrope, Bar No. 01376
Robert A. Gaumont, Bar No. 26302
Gordon Feinblatt LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland  21202
Tel:  410-576-4295
Fax:  410-576-4246
jthrope@gfrlaw.com
rgaumont@gfrlaw.com
*Attorneys for Bay Bank, FSB*

## AFFIRMATION

I hereby solemnly swear and affirm under the penalties of perjury that the matters and facts set forth in this Petition are true and correct.

Date:  March 23, 2017

_____

Larry Pickett
EVP/ Chief Financial Officer
Bay Bank, FSB

- 7 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2017, a copy of the foregoing Petition of Bay Bank, FSB for a Hearing to Adjudicate Its Interest in Property Known as 9600 Westcott Way and/or the Proceeds from the Sale Thereof was served via the Court's electronic filing system upon the following:

Evan T. Shea, Esq.
Philip A. Selden, Esq.
Assistant United States Attorneys
36 S. Charles Street
Baltimore, MD  21201
*Attorneys for Plaintiff United States of America*

Larry A. Nathans, Esq.
Nathans and Biddle LLP
120 E. Baltimore Street
Suite 1800
Baltimore, MD  21202
*Attorney for Defendant Melissa Strohman*

Ira L. Oring, Esq.
Fedder and Garten
32 S. Charles Street
Suite 2300
Baltimore, MD  21201
*Attorney for Interested Party Lois Lapidus*

Andrew Martin Battista, Esq.
Andrew M. Battista PA
409 Washington Avenue
Suite 600
Towson, MD  21204
*Attorney for Interested Party Mary L. Strohman*

_____
          */s/ Robert A. Gaumont*

5326775.8 39211/132638 03/23/2017