United States of America

vs.

Melissa Strohman



FILED
U.S. DISTRICT COURT

2017 MAY 12  PH 2: 33

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

**Criminal No. RDB-16-0612**

**Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | May 12, 2017 | May 12, 2017 | Victim impact letter |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)

Mary Louise Strohman – Victim Impact Statement

Your Honor, I am writing to the court to express the devastation that I have experienced by the betrayal and criminal actions of my daughter in law, Melissa Strohman.

My husband and I have lived a modest life raising 5 children and doing our very best to provide education, strong moral values and commitment to hard work to support our family. We never had much money to live on, but we managed to get by through some tough times financially. After a lifetime of working and raising our children, we retired and moved to Florida to finally take time for ourselves.

Melissa was a trusted member of our family for over 30 years. I now know that the love and trust I had for her was very much one-sided. Over the years she separated her husband from his family while portraying his brothers and sister as bad people. She tore the family apart

In November of 2006, my husband passed away suddenly and I was forced to sell our home in Florida and move back to Baltimore to be near my children for support during a most difficult time. Our life savings was tied up in our home and when it sold, I entrusted my daughter in law (Melissa Strohman) to help set up a bank account at Hopkins Federal to keep my life savings safe for my future needs. Currently, my only income is a monthly social security check of $1,311 and my deceased husband's pension of $406.54.

In just a few months later, unknown to me, Melissa began stealing funds from my account. This went on for several years and was covered up by her without my knowledge. Melissa had changed my address to a P.O.box so I was not receiving statements. Over $150,000 in life savings was stolen. As you can imagine, upon learning this news in 2016, I was devastated. I trusted her as part of our family and was completely betrayed. I am now 85 years old and I am struggling to pay my bills. The funds that I had, were meant to take care of my medical needs and expenses, but she completely disregarded my needs and selfishly spent the money on herself.

I want this court to know that she has destroyed and disgraced the Strohman family name. She has stripped me of my life savings at the age of 85. Melissa has lied to her husband, to me, her mother and countless others for self-gratification. I am deeply saddened for not only for myself who once loved her but for my son, my granddaughter and my 4 other children. The family has had to endure a year of humiliation and I ask the court to take this into consideration. Melissa's actions have had a significant impact on so many individuals that trusted her in the past. My family and I ask that I be paid back the life savings she has taken and to have no further contact with us so we may move on with dignity. Melissa, you are truly a woman who needs professional help. I hope you get the help you need so you cannot destroy another family like mine.

This has taken an emotional toll on me and I am devastated by what has happened. I also see the huge impact this crime has done to my son. We will all never be the same because of it.

GOVERNMENT'S EXHIBIT NO. _____1_____

CASE NO. _RDB 16- 0612_

IDENTIFICATION: _____MAY 12 2017_____

ADMITTED: _____MAY 12 2017_____